UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  1:20-cr-00020-JMS-MJD-01 |
| CHARLES BELLARD, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendation dkt [61] recommending that Charles Bellard's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation dkt [61]. The Court finds that Mr. Bellard committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt. [54]. The Court dismissed Violation Numbers 2, 3, 4 & 5 at dkt. [54]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Bellard is sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months and with no supervised release to follow. The Court recommends placement in or close to California and Mr. Bellard's waiver of the BOP requirement to be housed within 500 driving miles of prisoner's residence.

Date: 12/2/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system